UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

SETH J. BLEWITT,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

No. 1:17-cr-00114-JAW
No. 1:22-cv-00241-JAW

**ORDER AFFIRMING RECOMMENDED DECISION**

The United States Magistrate Judge filed with the Court on May 5, 2023 his Recommended Decision (ECF No. 92), recommending that the Court deny petitioner Seth Blewitt's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. (ECF No. 85). Mr. Blewitt did not file an objection. The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; the Court made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determines that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (ECF No. 92) be and hereby is AFFIRMED.

2. It is further ORDERED that the Seth Blewitt's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 85) be and hereby is DENIED.

3. Finding that there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2), the Court also DENIES a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 Cases.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of June, 2023